**DISMISS; and Opinion Filed October 18, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01162-CR

### EX PARTE ANTOINE LAWVELL PERRY

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-41185-Y**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Whitehill
Opinion by Justice Lang-Miers

Antoine Lawvell Perry has applied to this Court for a pretrial writ of habeas corpus. This Court does not have original habeas jurisdiction in criminal cases. *See* TEX. GOV'T CODE ANN. § 22.221(d) (West 2004); TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2015); *In re Ayers*, 2016 WL 1533747, at *1 (Tex. App.—Houston [14th Dist.] Apr. 14, 2016, orig. proceeding) (per curiam); *Ex parte Denby*, 627 S.W.2d 435 (Tex. App.—Houston [1st Dist.] 1981, orig. proceeding).

We dismiss appellant's application for writ of habeas corpus for want of jurisdiction.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

161162F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EX PARTE ANTOINE LAWVELL PERRY

No. 05-16-01162-CR

On Appeal from the Criminal District Court
No. 7, Dallas County, Texas
Trial Court Cause No. F16-41185-Y.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Whitehill participating.

Based on the Court's opinion of this date, the application for writ of habeas corpus is **DISMISSED** for want of jurisdiction.


Judgment entered this 18th day of October, 2016.